**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Trevor LITTLE, a/k/a Tragedy, a/k/a Trag, Defendant—Appellant.**

No. 07–6832.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 12, 2007.

Decided: Feb. 28, 2008.

279

Trevor Little, Appellant Pro Se. Monica Kaminski Schwartz, Office of The United States Attorney, Charleston, West Virginia, for Appellee.

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Trevor Little, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying his motion to correct court's erroneous delegation to the Bureau of Prisons to make payment schedule for fine imposed. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Little*, No. 2:95–cr–00198, 2007 WL 1029330 (S.D.W.Va. Apr. 3, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*